## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-mj-500** |
| | **:** | |
| **ALAN WILLIAM BYERLY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on August 2, 2021 via USAfx, in relation to the Government's Motion and Memorandum for Pretrial Detention (ECF No. 7).  These exhibits will be offered into evidence during the evidentiary hearing to be scheduled by the Court.  Because Exhibits 1-3 and 9 are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1.      Government Exhibit 1 is a clip from the body-worn camera of an officer with the Metropolitan Police Department. The clip is approximately 1 minute, 14 seconds. The events depicted in the exhibit commenced at approximately 2:10:31 p.m. EST on January 6, 2021.

2.      Government Exhibit 2 is a clip from the body-worn camera of an officer with the Metropolitan Police Department. The clip is approximately 41 seconds. The events depicted in the exhibit commenced at approximately 2:10:59 p.m. EST on January 6, 2021.

3.      Government Exhibit 3 is a clip from the body-worn camera of an officer with the Metropolitan Police Department. The clip is approximately three minutes, 10 seconds.  The events depicted in the exhibit commenced at approximately 2:09:40 p.m. EST on January 6, 2021.

4.      Government Exhibits 4, 5, 6, 7 and 8 are screenshots of images captured in Exhibit 1, that occurred at 2:10:54 p.m. EST, 2:10:55 p.m. EST, 2:11:00 p.m. EST, all on January 6, 2021.

5.      Government Exhibit 9 is a clip obtained from the Associated Press. The contents of the video are captured in open source video downloaded from

https://nypost.com/2021/01/08/trump-supporters-attack-associated-press-photographer-in-dc/ and the photographer's Instagram account:

https://www.instagram.com/tv/CJxKMArpN0_/?utm_source=ig_embed&ig_rid=b4b2c77a-fb94-4e95-8ca5-519e50fba916. The clip is approximately 41 seconds. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021

6.      Government Exhibits 10, 11, 12 and 13 are screenshots of images captured in Exhibit 9.

If the Court accepts these proposed exhibits into evidence at the detention hearing in this matter, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

*/s/ ANITA EVE*
ANITA EVE (DETAILEE)
ASSISTANT UNITED STATES ATTORNEY
Pennsylvania Bar No. 45519
U.S. Attorney's Office for the Eastern District of
Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106