NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   1:21-cr-00527-RDM-1

**Alan William Byerly**
          (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

_Hunter S. Labovitz_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Hunter Labovitz (PA 204760)**
*(Attorney & Bar ID Number)*
Federal Community Defender for the E.D. of Pa.
*(Firm Name)*
601 Walnut Street-The Curtis-Suite 540 West
*(Street Address)*
**Philadelphia, PA 19106**
*(City)      (State)      (Zip)*
215-928-0520
*(Telephone Number)*
hunter_labovitz@fd.org