# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-527 (RDM) |
| : | |
| ALAN WILLIAM BYERLY, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The government requests that the attached: (1) Memorandum Regarding Discovery filed on July 20, 2021, in *United States v. Jeffrey Sabol, et al.*, Case No. 21-cr-35 (EGS); and (2) Memorandum Regarding Status of Discovery as of August 23, 2021, filed on August 24, 2021, in *United States v. Patrick E. McCaughey III*, Case No. 21-cr-40 (TMN), be made part of the record in this case, as they provide a comprehensive review of the overall discovery efforts in Capitol Riot cases as of the date of filing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _/s/ Caroline Burrell_
CAROLINE BURRELL
ANITA EVE
Assistant U.S. Attorneys
555 4th St. NW, Washington, DC
615 Chestnut St., Philadelphia, PA
Caroline.burrell@usdoj.gov
Anita.Eve@usdoj.gov
(202) 252-6950
(215) 867-8577