IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-CR-527** |
| v. : | |
| : | |
| **ALAN WILLIAM BYERLY,** : | |
| : | |
| **Defendant.** : | |

# NOTICE

The United States files this notice for the purpose of advising the Court of the anticipated date for the completion of discovery in the above-captioned matter.

1. During the status conference held on November 29, 2021, the Court Ordered the government to provide notice regarding a date for the completion of all discovery by the end of the day.

2. Later on November 29, 2021, the government filed a Memorandum Regarding Status of Discovery as of November 5, 2021. In that Memorandum, the government represented that we intend to have provided a substantial portion of all discovery by the end of January 2022 and at that point the defense will either have or have access to the vast majority of potentially relevant materials in our possession.

3.   Accordingly, based on all available information, the government anticipates that the date for the completion of all discovery will be January 31, 2022.

                Respectfully submitted,

                MATTHEW GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:   */s/ Anita Eve*
        Anita Eve
        Caroline Burrell
        Assistant United States Attorneys

Case 1:21-cr-00527-RDM   Document 29   Filed 11/30/21   Page 2 of 3

## CERTIFICATE OF SERVICE

On this 30th day of November 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                              */s/ Anita Eve*
                                              Anita Eve
                                              Assistant United States Attorney