IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NUMBER 21-CR-527 |
| | : | |
| ALAN WILLIAM BYERLY | : | |

**DEFENDANT ALAN BYERLY'S UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL**

Alan William Byerly, by and through his attorneys, James J. McHugh, Jr., and Hunter S. Labovitz, Assistant Federal Defenders, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully requests modification of the current scheduling order and continuance of the trial date in the above case and states in support:

1. On September 9, 2021, the United States Attorney for the District of the District of Columbia filed an 8-count superseding indictment charging Alan Byerly with conduct related to incidents at the United States Capitol on January 6, 2021, including assault on a law enforcement officer with a dangerous or deadly weapon in violation of 18 U.S.C. § 111(a)(1) and (b).

2. On November 12, 2021, Mr. Byerly was arraigned before the Honorable Randolph D. Moss and entered a plea of not guilty.

3. Mr. Byerly is currently detained at the Correctional Treatment Facility in Washington, D.C.

4. Under the current scheduling order, any pretrial motions are due by February 25, 2022; opposition to any motions are due by March 11, 2022; replies in support of any motions are due by March 18, 2022; proposed jury instructions, proposed voir dire, and a neutral statement on the case are due by March 29, 2022; the motions hearing is on April 5, 2022; and

the trial is scheduled to begin on April 11, 2022.

5. Now, Mr. Byerly respectfully requests a 30-day extension of all current pre-trial deadlines as well as a continuance of the trial date. Mr. Byerly also requests that the Court reschedule the date for the motions hearing and commencement of trial to a time convenient with the Court's calendar and consistent with counsels' schedules.

6. The parties are involved in settlement efforts; they have had fruitful discussions, but they will not be able to reach a non-trial disposition within the timeframe of the current scheduling order. Negotiations leading to an amenable resolution of this case will obviate the need for pre-trial motions and a contested trial.

7. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. Defense counsel agrees that all time until the next trial date would be excludable if the Court grants the instant motion.

8. Assistant United States Attorneys Anita D. Eve and Caroline Burrell have advised undersigned counsel that they have no objection to this motion and have authorized counsel to represent that they do not oppose this application.

9. A proposed Order is attached to this Motion.

**WHEREFORE**, Alan Byerly respectfully requests that this Court extend all current pre-trial deadlines by 30 days and continue the motions hearing and the beginning of trial to a time convenient with the Court's calendar and consistent with counsels' schedules.

Respectfully submitted,

/s/ James J. McHugh, Jr.
JAMES J. MCHUGH, JR.
Assistant Federal Defender
james_mchugh@fd.org

/s/ Hunter S. Labovitz
HUNTER S. LABOVITZ
Assistant Federal Defender
hunter_labovitz@fd.org

Federal Community Defender Office
　for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-1100

Counsel for Defendant Alan William Byerly

Dated:     February 22, 2022
           Philadelphia, PA

## **CERTIFICATE OF SERVICE**

I, Hunter S. Labovitz, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Unopposed Motion to Modify Scheduling Order and Continue Trial via the Court's Electronic Filing (ECF) system, which sent notification to Anita D. Eve, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, PA 19106, via her email address (Anita.Eve@usdoj.gov), and to Caroline Burrell, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20530, via her email address (Caroline.Burrell@usdoj.gov).

/s/ James J. McHugh, Jr.
JAMES J. MCHUGH, JR.
Assistant Federal Defender

/s/ Hunter S. Labovitz
HUNTER S. LABOVITZ
Assistant Federal Defender

DATE:      February 22, 2022