United States v. Alan William Byerly

Video Exhibits

Video Exhibit 1: Hold the line

Video Exhibit 2: AP assault

Video Exhibit 3: USCP/MPD Body Worn Camera

Video Exhibit 4: Chaos before the breach

Video Exhibit 5: Confession