# Attachment 4

Sharon Byerly

9310 N Stillman Valley Road

Stillman Valley, IL 61084

Honorable Randolph D. Moss

United States District Court Judge

Re: United States v. Alan William Byerly

Criminal Number 21-527

Dear Honorable Randolph D. Moss,

    Concerning Alan William Byerly, Criminal Number 21-527, who is to be sentenced soon in your courtroom, I am prayerfully writing this letter to you. I am Alan's stepmother of 48 years, and it is hard for me to even hear the word 'criminal' used to describe my stepson. I have been made aware of the charge against Alan, therefore I wanted to write to you to earnestly implore for leniency in sentencing. To my knowledge, Alan has always been very respectful to those in authority and has always had the highest regard for police officers in general, always treating them with the utmost respect.

    Alan is a very caring person; he is always willing to help someone in need. He helped take care of a friend's disabled husband for quite some time. Alan opened his home to his elderly mother and took care of her until her passing. My sister, who lives close to where Alan lived, could always rely on him to come over to help when she had a need. Alan's father and I, recently while visiting Pennsylvania, had serious vehicle problems, and Alan dropped everything to come to help his dad find the problem and fix it. These are just some of the examples that I can think of to paint for you a picture of Alan's compassionate character quality.

    I know that no one is perfect, and that Alan has been charged with violating the law. I also know that he has expressed to his father and I his remorse for many of the things that had happened that day. I am sure that Alan wishes that he had never set foot in Washington, DC, on the 6th of January. Also, I believe that because of this awful experience, Alan will absolutely abstain in the future from attending any gatherings of this nature; therefore, I once again respectfully ask that you consider the lowest possible sentence for my stepson.

    Thank you, Your Honor. I am sincerely grateful to you for taking the time to read my letter.

Respectfully yours,

*Sharon Byerly*

Sharon Byerly

# James McHugh

**From:** Susan Pultro <sueartforhim@yahoo.com>
**Sent:** Wednesday, October 12, 2022 11:12 PM
**To:** James McHugh
**Subject:** Re: reference letter for Alan W Byerly

EXTERNAL SENDER

On Wednesday, October 12, 2022 at 11:04:22 PM EDT, Susan Pultro <sueartforhim@yahoo.com> wrote:

Dear Honorable Randolph Moss,
HI, my name is Susan Pultro and I am Alan Byerly's aunt. I'm writhing concerning my dearest nephew, Alan Byerly. And wanted to write you about Alans character over the years of knowing him. Alan is a very kind, caring and respectful person. He is very respectful of the police and servicemen. I've known him since he was about 10 years old who was a fun loving and good kid. He played on the football team in his school. As a man he has helped my husband and I many times. After buying our house in 2001, Alan helped my husband put a new roof on our house. He also came over in 2019 every day for about a week and a half to help us remodel bathroom and put a new shower insert in our bathroom and he did not want any money for this. We had him over many times for picknicks and had a very blessed time. Alan also had us over his home and he cooked many scrumptious meals. He helped his mom with money many times and opened up his home to his mom who became ill and when she needed it, he took complete care for her until she passed away.
Alan also raised three children who were not his and worked and provided for all the needs of the children. I'm asking you to please consider all this, also he stated that he is sorry for many things that happened on January 6th. I implore you to consider with truth and mercy as you judge my dear nephew Alan.
I thank you Honorable Randolph Moss reading this letter and pray that God blesses you.
                Respectfully yours,
                Susan M Pultro
On Wednesday, October 12, 2022 at 02:11:56 PM EDT, James McHugh <james_mchugh@fd.org> wrote:

James J. McHugh, Jr.

Assistant Federal Defender

Federal Community Defender for the Eastern District of Pennsylvania

601 Walnut Street, Suite 540W

Philadelphia, PA 19106

(215) 928-1100

(215) 928-1112 (facsimile)

E-mail: james_mchugh@fd.org

1