IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CASE NUMBER 21-CR-527 |
| | : | |
| | : | |
| ALAN WILLIAM BYERLY | : | |

**DEFENDANT ALAN BYERLY'S NOTICE THE DEFENSE DOES NOT OBJECT
TO THE GOVERNMENT'S REQUEST THAT THE GOVERNMENT'S SENTENCING
VIDEO EXHIBITS # 1-5 BE RELEASED TO THE PUBLIC**

Alan William Byerly, by and through his attorneys, James J. McHugh, Jr., and Hunter S. Labovitz, Assistant Federal Defenders, Federal Community Defender Office for the Eastern District of Pennsylvania, states that the defense does not object to the Government's October 19, 2022 request that the Court release the Government's Video Sentencing Exhibits #1-5, as detailed in the *Government's Notice of Filing of Exhibits Pursuant to Local Criminal Rule 49 and Standing Order 21-28* (Doc. 51), to the public.

Respectfully submitted,

/s/ James J. McHugh, Jr.
JAMES J. MCHUGH, JR.
Assistant Federal Defender
james_mchugh@fd.org

/s/ Hunter S. Labovitz
HUNTER S. LABOVITZ
Assistant Federal Defender
hunter_labovitz@fd.org

Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-1100

Dated:    October 19, 2022
         Philadelphia, PA            Counsel for Defendant Alan William Byerly

## CERTIFICATE OF SERVICE

I, Hunter S. Labovitz, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached *Notice* via the Court's Electronic Filing (ECF) system, which sent notification to Anita D. Eve, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, PA 19106, via her email address (Anita.Eve@usdoj.gov), and to Caroline Burrell, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20530, via her email address (Caroline.Burrell@usdoj.gov).

/s/ James J. McHugh, Jr.
JAMES J. MCHUGH, JR.
Assistant Federal Defender

/s/ Hunter S. Labovitz
HUNTER S. LABOVITZ
Assistant Federal Defender

DATE:   October 19, 2022